PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA      )

)

        vs.       )      Docket Number:  1:05CR00454-001 AWI

)

MARINA LOUISE LOPEZ      )

)

On April 3, 2006, the above-named was placed on Probation for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**

Dated:      March 3, 2008
           Bakersfield, California

**REVIEWED BY:**    **/s/ Rick C. Louviere**
                **RICK C. LOUVIERE**
                **Supervising United States Probation Officer**

**Re:    Marina Louise LOPEZ**
       **Docket Number:    1:05CR00454-001 AWI**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    March 24, 2008**                                  **/s/ Anthony W. Ishii**
                                               UNITED STATES DISTRICT JUDGE